UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-14032-CR-MARRA/LYNCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DUAMIANE PHANG,

    Defendant.
_____/

**ORDER AFFIRMING MAGISTRATE JUDGE'S**
**REPORT AND RECOMMENDATION**

**THIS CAUSE** came before the court upon the Report and Recommendation on Change of Plea issued by United States Magistrate Judge Frank J. Lynch, Jr. on June 4, 2015 [DE 24].

The court has considered the Report and Recommendation, the pertinent parts of the record and being otherwise fully advised in the premises it is

**ORDERED and ADJUDGED** that the United States Magistrate's Report and Recommendation is hereby **ADOPTED AND AFFIRMED**. The Defendant is hereby adjudicated guilty and sentencing is set for Friday, July 17, 2015 at 10:00 a.m. in Ft. Pierce, Florida.

**DONE and ORDERED** in West Palm Beach, this 15th day of July, 2015.

                                                **KENNETH A. MARRA**
                                                **UNITED STATES DISTRICT JUDGE**

cc:    All counsel